IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLARENCE ARMONT** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:06CV1273-LG-JMR** |
| | § | |
| **E.I. DU PONT DE NEMOURS &** | § | |
| **COMPANY and JOHN DOES 1-10** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [24] filed by Defendant E.I. Dupont De Nemours & Company , the Court, after a full review and consideration of the Motion to Dismiss, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [24] filed by Defendant E.I. Dupont De Nemours & Company is hereby **GRANTED**. This action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE